UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:05CR705 CDP |
| | ) | (AGF) |
| TARRANCE McDOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the Order Setting Conditions of Release previously entered on April 7, 2006 (Docket No. 9) is revoked.

**IT IS FURTHER ORDERED** that the defendant be detained pending further proceedings in this cause. A separate Order of Detention is entered herewith.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of June, 2006.