UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05CR705 CDP ) |
| TARRANCE MCDOWELL, | ) ) |
| Defendant. | ) |

# ORDER

This matter is before the Court on defendant Tarrance McDowell's motion to suppress statements.

Pursuant to 28 U.S.C. § 636(b), the motion was referred to United States Magistrate Judge Audrey G. Fleissig. An evidentiary hearing was held on May 17, 2006, and thereafter Judge Fleissig filed her Report and Recommendation regarding the defendant's motion. Defendant has not objected to the Magistrate Judge's recommendation, and his time for doing so has expired.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Fleissig set forth in support of her recommended rulings issued on June 16, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#22] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motion to suppress statements [#15] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of July, 2006.